# THE CARMAN LAW OFFICE

Attorneys at Law

JOHN F. CARMAN, ESQ.
SUSAN SCARING CARMAN, ESQ.

666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

OF COUNSEL
MATTHEW W. BRISSENDEN, ESQ.
JONATHAN EDELSTEIN, ESQ.
PARALEGAL
ANNA M. SACCO

July 7, 2026

**VIA ECF**
Honorable Kiyo A. Matsumoto
District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *United States v. Yan Po Zhu*
       *Docket No. 26-CR-177*

Dear Judge Matsumoto:

This office represents Crystal Chen, a defendant in the above-referenced matter. Please accept this letter which is submitted in support of Ms. Chen's request to travel to Saint George, Utah and Las Vegas from July 17, 2026 until July 21, 2026. The purpose of this trip is for pleasure. Ms. Chen will be traveling with her daughter.

Assistant United States Attorney Adam Toporovsky and Pretrial Officer Mallori Brady have offered the consent of their offices.

Thank you for your consideration.

Respectfully submitted,

/s/

JOHN F. CARMAN
(JC 7149)

Cc: All Counsel (via ECF)